FILED

JUN 1 4 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
MISSOURI EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:23CR310 MTS/RHH |
| ) | |
| MARTEZ D. LINDSEY ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Zachary Bluestone, Assistant United States Attorney for the Eastern District of Missouri, and enters his appearance as counsel of record in the above-referenced matter.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ *Zachary M. Bluestone*
ZACHARY M. BLUESTONE, #69004MO
Assistant United States Attorney
111 South Tenth Street, Room 20.333
Saint Louis, MO 63102
(314) 539-2200
zack.bluestone@usdoj.gov